IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONALD ROSS,

    Plaintiff,

vs.                                                  Case No.:

MERCURY ENTERPRISES, INC.,

    Defendant.

_____/

## *NOTICE OF REMOVAL*

Defendant, MERCURY ENTERPRISES, INC., by and through its undersigned counsel, hereby gives notice of removal of this action to this Court, pursuant to 28 U.S.C. § 1331, on the following grounds:

### I.    INTRODUCTION

1. On June 8, 2020, Plaintiff filed his Complaint in the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, in an action titled *Donald Ross vs. Mercury Enterprises, Inc.* (Case No. 20-CA-002737).

2. In the Complaint, Plaintiff alleges that Defendant violated the Fair Labor Standards Act, as amended, 29 U.S.C. § 201-216(b) (the "FLSA" or "Act").

3. On June 11, 2020, Defendant was served with the Complaint and Demand for Jury Trial (hereinafter, the "Complaint"). Defendant is filing this Notice of Removal within thirty (30) days after the service of the Complaint upon Defendant. Therefore, this notice is timely pursuant to 28 U.S.C. § 1446(b)(1).

## II.     BASIS FOR REMOVAL

4. The Complaint constitutes an action that is removable to this Court pursuant to 28 U.S.C. § 1331, which provides: "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

5. Accordingly, this civil action is removable to this Court because Plaintiff's suit involves a federal question. 28 U.S.C. §§ 1331, 1441(a); *Breuer v. Jim's Concrete of Brevard, Inc.*, 538 U.S. 691, 693 (2003) (holding that an FLSA claim brought in state court in Florida is subject to removal by the defendant). Plaintiff seeks to recover unpaid wages and overtime pay under the FLSA. The FLSA states that a suit under the Act may be maintained in any Federal or State court of competent jurisdiction; thus, Plaintiff could have brought this claim in federal court. 29 U.S.C. § 216(b). Because Plaintiff's claims fall under the FLSA and thus raise a federal question, Defendants are permitted to remove the suit to federal court in the same place where the state court action is pending.

6. Venue is proper in the United States District Court for the Middle District of Florida, Tampa Division because the state court where this lawsuit has been pending is located in this district. *See* Local Rules 1.02(b)(4) and 4.02(a).

7. In accordance with the requirements of 28 U.S.C. § 1446(a) and Local Rule 4.02, a copy of all process, pleadings, and other papers on file in the state court action are attached hereto as **Exhibit A**.

8. Written notice of the filing of this notice will be given to Plaintiff, as required by law.

9. A copy of this notice will be filed with the Clerk of the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida pursuant to 28 U.S.C. § 1446(d) after the filing of the original of this Notice in this Court.

WHEREFORE, Defendant MERCURY ENTERPRISES, INC., in accordance with the foregoing notice, respectfully submits that this action pending in the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida, is hereby removed to the United States District Court for the Middle District of Florida, Tampa Division, and prays that this action be placed on the docket of this Court for further proceedings, the same as though this action had originally been instituted in this Court.

### *CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that a true and correct copy of the foregoing document was furnished by electronic mail to W. John Gadd, Esq., of the Law Office of W. John Gadd, P.A., 2727 Ulmerton Road, Suite 250, Clearwater, FL 33762 at wjg@mazgadd.com, and Kyle J. Lee, Esq., of Lee Law, PLLC, 1971 West Lumsden Road, Suite 303, Brandon, FL 33511, at Kyle@KlyeLeeLaw.com on this 1st day of July, 2020.

*/s/ Eduardo A. Suarez-Solar*
Eduardo A. Suarez-Solar, Esq.
Florida Bar No.: 958875
Jounice L. Nealy-Brown, Esq.
Florida Bar. No.: 124793
Gunster, Yoakley & Stewart, P.A.
401 E. Jackson Street, Suite 2500
Tampa, FL  33602
(813) 222-6653; Fax:  (813) 228-6739
Primary E-mail:    esuarez@gunster.com
                   jnealy-brown@gunster.com
Secondary E-mail:  tkennedy@gunster.com
                   eservice@gunster.com

**Attorneys for Defendant, Mercury Enterprises, Inc.**

3